BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VINCENTE ESPINOZA TRUJILLO, et al.,<br><br>                    Defendant. | CASE NO. 2:99-CR-00254 WBS<br><br>**ORDER DISMISSING SUPERSEDING INDICTMENT AS TO DEFENDANT LEOPOLDO OSNAYA TAPIA** |

   For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **LEOPOLDO OSNAYA TAPIA** in the pending Superseding Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

   Dated: January 31, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1